William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 74-CC-90— )

Acme Visible Records, Inc., Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed March 13, 1975.*

ACME VISIBLE RECORDS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.